Keith E. Butler  State Bar Number 200496
kbutler@clausen.com
Michael W. Goodin  State Bar Number 142288
mgoodin@clausen.com
CLAUSEN MILLER P.C.
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone  (949) 260-3100
Facsimile  (949) 260-3190

Attorneys for Defendant and Cross-Complainant, LANDMARK AMERICAN INSURANCE COMPANY

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES

WESTERN DIVISION

| | |
|---|---|
| ALI BALOUT, individually and dba DENIM REPUBLIK<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER SAVINGS INSURANCE SERVICES, a corporation; ALEX MAREY; LANDMARK AMERICAN INSURANCE COMPANY, corporation; RSUI GROUP, INC. a corporation; and, DOES 1 through 100,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. CV09-1717 VBF (JWJx)<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS**<br><br>**[FED.RULE CIV.PROC. 41 (A)(1)]** |

The Court having reviewed the Stipulation for Dismissal of all Claims With Prejudice and Without Costs ("Stipulation"), and deeming itself fully advised in

the premises, it is now, therefore, hereby ORDERED, ADJUDGED and DECREED as follows:

    1.    The aforementioned Stipulation of the Parties for the dismissal of the claims by and between Plaintiff ALI BALOUT, individually and dba DENIM REPUBLIK, and Defendant, LANDMARK AMERICAN INSURANCE COMPANY, with prejudice, and without costs, is hereby GRANTED; and

    2.    Any and all claims and counterclaims, by and between Plaintiff and any Defendants, arising out of the subject matter of the above-entitled action, whether or not asserted in this matter, are hereby dismissed with prejudice, each Party to bear its own costs and attorneys' fees.

DATED: October 7, 2009

BY: _____
    Honorable Valerie Baker Fairbank
    U.S. District Court Judge